Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
      11332 Mountain View Ave., Suite C
      Loma Linda, California 92354
      Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
      E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMES COLLINS, )<br><br>    Plaintiff, )<br>    v. )<br><br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br><br>    Defendant. ) | No.  EDCV 07-1499 CW<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND SEVEN HUNDRED DOLLARS and 00/cents ($2,700.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED:  _September 18, 2008

          _____/S/_____

          HON. CARLA WOEHRLE
          UNITED STATES MAGISTRATE JUDGE